United States District Court
Southern District of Texas
**ENTERED**
October 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ARLESUA GRIGGS FRAZIER,** | Civil Action No. 4:21-cv-02397 |
| **Plaintiff,** | |
| v. | |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | |
| **Defendant.** | |

## ORDER

AND NOW, this  5th  day of  October , 2021, upon consideration of Defendant's Unopposed Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint, it is hereby **ORDERED** that the time in which Defendant may file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint is enlarged to December 3, 2021.

_____
SAM S. SHELDON
U.S. MAGISTRATE JUDGE